1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 812411)
3  Chief, Criminal Division

4  LAURA VARTAIN HORN (CABN 258485)
   Assistant United States Attorney
5         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
6         Telephone: (415) 436-6831
          FAX: (415) 436-7234
7         Laura.vartain@usdoj.gov

8  Attorneys for the United States

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )   CASE NO: 13-CR-00364 CRB
                                       )
13         Plaintiff,                  )   STIPULATION TO CONTINUE SENTENCING
                                       )   DATES AND ORDER
14      v.                             )
                                       )
15 JOHN BARRETT,                       )
                                       )
16         Defendant.                  )
                                       )
17 _____)

18       Sentencing for defendant John Barrett is scheduled for September 23, 2014 at 10:00am. The

19 Probation Office timely provided the parties with a draft Presentence Report ("PSR"), to which there are

20 objections. The parties have scheduled a meeting with the Probation Office to discuss the objections but

21 are unable to meet until September 15, 2014. In order to give the parties time to meet with the Probation

22 Office, and to provide the Probation Office with sufficient time to prepare a final PSR, the parties

23 //

24 //

25 //

26 //

27 //

28 //

STIPULATION AND ORDER REGARDING SENTENCING DATE

1  request that defendant Barrett's sentencing be continued until October 20, 2014 at 10:00am.  United
2  States Probation Officer Monica Romero has been contacted and does not oppose this request.
3
4          IT IS SO STIPULATED.
5
   DATED: September 8, 2014                        /s/
6                                                  LAURA VARTAIN HORN
                                                   Assistant United States Attorney
7
8  DATED: September 8. 2014                        /s/
                                                   DAVID J. COHEN
9                                                  Counsel for Defendant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER REGARDING SENTENCING DATE

ORDER

Upon the stipulation of the parties, the sentencing hearing for defendant John Barrett presently scheduled on September 23, 2014, at 10:00am shall be continued to October 20, 2014, at 10:00am.

IT IS SO ORDERED.

DATED: September 10, 2014

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING SENTENCING DATE